No. 72–1584. DOWDY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1592. BIDDY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1606. MICELI v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1615. BRENNAN, SECRETARY OF LABOR v. ROBERT HALL CLOTHES, INC., ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1625. ALL ET AL. v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1638. CRAVEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1664. ABIODUN ET AL. v. MARTIN OIL SERVICE, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1665. JENKINS v. UNITED STATES POST OFFICE ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1703. TORTORELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.